

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-14-00223-CV

---

CITY OF DUMAS, APPELLANT

V.

ROSALYN BOULWARE, APPELLEE

---

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 12-114, Honorable Ron Enns, Presiding

---

December 4, 2014

## ON MOTION TO DISMISS

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the Court is an unopposed motion by which appellant, the City of Dumas, represents it no longer wishes to pursue its appeal and asks that we dismiss it. We grant the motion, without passing on the merits of the appeal. TEX. R. APP. P. 42.1(a)(1).

Accordingly, the appeal is dismissed. TEX. R. APP. P. 43.2(f).

James T. Campbell
Justice